PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMahon Law Group, a Professional Corporation
545 Middlefield Road, Suite 230
Menlo Park, CA 94025-3457
Tel: 650-325-2400
Fax: 650-325-2405

Attorneys for Plaintiff
ALL COVERED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL COVERED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN FINELLI, <br>    Defendant. <br><br> and related Counterclaim | Case No.: 3:04-cv-1556-MEJ <br><br> [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL |

1

ORDER RE: SUBSTITUTION OF COUNSEL

WHEREAS, Plaintiff's counsel, Peter C. McMahon, Esq. of the firm of McMahon Law Group, *a Professional Corporation*, has joined with the Law Offices of David M. Serepca to form McMahon Serepca LLP; and

WHEREAS, pursuant to N.D. Local Rule 11-5, written notice of the substitution has been provided to Plaintiff and to the Defendant's counsel of record of the pending substitution; and

WHEREAS, Plaintiff hereby consents to the substitution of Peter C. McMahon, Esq., of the firm of McMahon Serepca LLP, 100 Marine Parkway, Suite 350, Redwood Shores, California, 94065, telephone (650) 637-0600, facsimile (650) 637-0700, as its counsel of record herein in place of Peter C. McMahon, Esq., of the firm of the McMahon Law Group, telephone (650) 325-2400, facsimile (650) 325-2405, for this case as follows:

ALL COVERED, INC.

By: _____/s/_____ Robert G. Zapotosky          Date: Sep/29, 2005

and;

WHEREAS, newly retained counsel hereby accepts the above substitution, as follows:

We accept the above substitution.

McMAHON SEREPCA LLP

By: _____/s/_____ Peter C. McMahon          Date: 10/5, 2005

and;

WHEREAS, former counsel consents to the above substitution, as follows:

We consent to the above substitution.

McMAHON LAW GROUP, *a Professional Corporation*

By: _____/s/_____ Peter C. McMahon          Date: 10/5, 2005

1       **NOW THEREFORE**, the Court finds good causes exists to permit the
2 withdrawal of Peter C. McMahon, Esq., of the firm of McMahon Law Group, *a Professional*
3 *Corporation*, from the case, and the substitution of Peter C. McMahon, Esq., of the firm of
4 McMahon Serepca LLP.

      **IT IS SO ORDERED.**

Dated: November 3, 2005 , 2005      _____
                                                    MARIA-ELENA JAMES
                                          United States District Magistrate Judge



PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMAHON SEREPCA LLP
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Plaintiff
ALL COVERED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL COVERED, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>STEPHEN FINELLI,<br>       Defendant. | Case No.: 3:04-cv-1556-MEJ<br><br>**PROOF OF SERVICE** |
| and related Counterclaim | |

I am older than eighteen years of age and not a party to this action. My business address is McMahon Serepca LLP, 100 Marine Parkway, Suite 350, Redwood Shores, California, 94065. On October 6, 2005, I served the following documents:

- **[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL**
- **PROOF OF SERVICE**

by placing a true and correct copy of the above-listed documents in an envelope addressed to:

> John J. Cullen, Esq.
> Law Offices of Cullen & Wood
> 490 – 2nd Street, Suite 300
> San Francisco, CA  94107

and then sealing the envelope, affixing adequate first-class postage and depositing it in the U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2005, at Redwood Shores, California.

_____
Pamela L. Kelly