

100 MARINE PARKWAY
SUITE 350
REDWOOD SHORES, CA 94065

MCMAHON SEREPCA LLP

TEL 650-637-0600
FAX 650-637-0700
www.mcmahonserepca.com

November 9, 2005

**VIA E-FILE, FACSIMILE, and U.S. MAIL**

Honorable Maria-Elena James
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *All Covered, Inc. ("ACI") v. Finelli (Case No. C-04-01556 MEJ)*

Dear Judge James:

There is a hearing scheduled for Thursday, November 17, 2005, at 10:00 a.m. on Plaintiff All Covered, Inc.'s ("ACI") Motion To Lift Stay Of Judgment And Motion To Increase Judgment Amount ("Motion") against Defendant Stephen A. Finelli ("Finelli" or "Defendant"). Finelli has indicated that he needs additional time to make the final payment under the settlement agreement.

In an effort to resolve this matter without the Court's intervention, ACI has granted Finelli's request for additional time. However, ACI wants to keep its Motion on calendar in the event that Finelli fails to fulfill his promise to pay. ACI respectfully requests that the November 17, 2005, hearing on its Motion be rescheduled to Thursday, December 1, 2005, at 10 a.m.

Please feel free to contact me with any questions or comments at 650-637-0600 x116.

Respectfully,

Pamela L. Kelly

cc: John J. Cullen, Esq.

Dated: November 9, 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Maria-Elena James