

# MCMAHON SEREPCA LLP

100 MARINE PARKWAY  
SUITE 350  
REDWOOD SHORES, CA 94065

TEL 650-637-0600  
FAX 650-637-0700  
www.mcmahonserepca.com

November 28, 2005

**VIA E-FILE, FACSIMILE, and U.S. MAIL**

Honorable Maria-Elena James  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

Re: *All Covered, Inc. ("ACI") v. Finelli* (Case No. C-04-01556 MEJ)

Dear Judge James:

There is a hearing scheduled for Thursday, December 1, 2005, at 10:00 a.m. on Plaintiff All Covered, Inc.'s ("ACI") Motion To Lift Stay Of Judgment And Motion To Increase Judgment Amount ("Motion") against Defendant Stephen A. Finelli ("Finelli" or "Defendant"). Finelli has indicated that he needs additional time to make the final payment under the settlement agreement.

In an effort to resolve this matter without the Court's intervention, ACI has granted Finelli's request for additional time. However, ACI wants to keep its Motion on calendar in the event that Finelli fails to fulfill his promise to pay. ACI respectfully requests that the December 1, 2005, hearing on its Motion be rescheduled to Thursday, January 5, 2006, at 10 a.m.

Please feel free to contact me with any questions or comments at 650-637-0600 x116.

Respectfully,

Pamela L. Kelly

cc: John J. Cullen, Esq.

Dated: November 29, 2005

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

GRANTED

Judge Maria-Elena James

*Your Company's Legal Firewall℠*